No. ED 73576.

Missouri Court of Appeals, Eastern District, Division Five.

Dec. 15, 1998.

**STATE of Missouri, Respondent,**

v.

**David MALADY, Appellant.**

No. ED 73630.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 15, 1998.

Craig A. Johnston, Columbia, for appellant.

Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, David Malady, appeals the judgment of conviction entered by the Circuit Court of Madison County after a jury found him guilty of second degree felony murder, RSMo section 565.021.1,[1] robbery in the first degree, RSMo section 569.020, and burglary in the first degree, RSMo section 569.160. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurispru-

---

1.  All statutory references are to RSMo 1994.